

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01085-CV

Gregory **MENDOZA** III,
Appellant

v.

**INVERTERRA HOLDINGS LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV03761
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs of appeal be assessed against appellant because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED May 15, 2024.

_____
Irene Rios, Justice